**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>MORPHE LLC,<br><br>    Defendant. | C.A. No. 19-cv-1151-CFC |

**STIPULATION OF DISMISSAL**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the above-captioned action is dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated: October 6, 2019

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | SHAW KELLER LLP |
| */s/Stamatios Stamoulis* | */s/David M. Fry* |
| Stamatios Stamoulis #4606 | John W. Shaw # 3362 |
| stamoulis@swdelaw.com | jshaw@shawkeller.com |
| Richard C. Weinblatt #5080 | David M. Fry #5486 |
| weinblatt@swdelaw.com | dfry@shawkeller.com |
| Two Fox Point Centre | I.M. Pei Building |
| 6 Denny Road, Suite 307 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19809 | Wilmington, DE 19801 |
| Telephone: (302) 999-1540 | Telephone: (302) 298-0700 |
| | |
| *Attorneys for Plaintiff*<br>**Blackbird Tech LLC d/b/a**<br>**Blackbird Technologies** | *Attorneys for Defendant*<br>**Morphe LLC** |

SO ORDERED this ___ day of _____, 2019.

 

 

_____
UNITED STATES DISTRICT JUDGE